JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, | Case No.: 8:19-cv-01609-JLS-JDE |
| Plaintiff, | |
| v. | Judgment |
| JOHNNY LUCATERO, an individual; MIGUEL ROMO, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |

Upon review of the court files, the application for default judgment, the declarations submitted in support of default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff JAMES RUTHERFORD shall have JUDGMENT in his favor in the amount of $4,644.00 against Defendants JOHNNY LUCATERO, an individual and MIGUEL ROMO, an individual ("Defendants") for Defendants' violation of the ADA, 42 U.S.C. § 12181, et. seq., as follows:

(1) Injunctive relief enjoining Defendants from further violations of the ADA, 42 U.S.C. § 12181, et. seq., and mandating that Defendant provide an ADA compliant premises located at 1604 West 1st Street, Santa Ana, CA 92703 that is readily achievable.

(2) Attorneys' fees in the amount of $3,115.

(3) Costs as determined by the Clerk pursuant to Local Rule 54.

DATED: March 24, 2020

_____
Hon. Josephine Staton
**United States District Judge**